PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00441-DAD |
| Plaintiff, | UNITED STATES'S MOTION TO DISMISS |
| v. | DATE:<br>TIME: |
| JOHN HERNANDEZ, ISMAEL RIOS, AND ANTONIO MEDINA, | COURT: Hon. Dale A. Drozd |
| Defendants. | |

### MOTION TO DISMISS

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States moves to dismiss the Indictment and Superseding Indictment against the above-captioned defendants.

Dated: October 5, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney